IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01429-PSF-BNB

BILL LASH,

Plaintiff,

v.

OFFICER CASIAS, Trinidad Police Department,
OFFICER ARLINT, Trinidad Police Department, and
THE CITY OF TRINIDAD,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Restore Parties as Defendants** (the "Motion"), filed March 24, 2006. For the following reasons, the Motion is DENIED.

The plaintiff filed his Amended Complaint on October 25, 2005. In addition to the above-listed defendants, the Amended Complaint was asserted against Martha Fitzgerald and Charles Glorioso. On December 12, 2005, the claims against Fitzgerald and Glorioso were dismissed as legally frivolous pursuant to 28 U.S.C. § 1915. The plaintiff states that he has filed a second amended complaint which alleges sufficient facts to maintain an action against Fitzgerald and Glorioso. He seeks an order "restoring Charles Glorioso and Martha Fitzgerald as Defendants in the above captioned action."

The plaintiff has not filed a motion to amend the complaint, nor has he been granted leave to amend, since Judge Weinshienk's order of December 13, 2005, dismissing Fitzgerald and Glorioso from the case. Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated March 28, 2006.

                                             BY THE COURT:

                                             s/ Boyd N. Boland
                                             United States Magistrate Judge