IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01429-PSF-BNB

BILL LASH,

Plaintiff,

v.

OFFICER CASIAS, Trinidad Police Department,
OFFICER ARLINT, Trinidad Police Department, and
THE CITY OF TRINIDAD,

Defendants.
_____

## ORDER
_____

This matter is before me on the **Affidavit of Plaintiff Bill Lash** (the "Affidavit"), filed January 26, 2006. On December 28, 2005, I ordered the plaintiff to file, on or before February 24, 2006, proof that he had perfected service of the Summons and the Amended Complaint on the defendants. In Response to my order, the plaintiff filed an Affidavit in which he states that on January 20, 2006, he requested a waiver of service from the defendants.[1]

On March 15, 2006, defendant City of Trinidad filed an Answer to Amended Complaint and Jury Demand. Defendants Casias and Arlint have not answered or otherwise responded to the Amended Complaint. Apparently, these defendants have declined to waive service. It is

---

[1] I note with consternation that the plaintiff sent requests for waivers of service to Martha Fitzgerald and Charles Glorioso on January 20, 2006. On December 12, 2005, the claims against Fitzgerald and Glorioso were dismissed as legally frivolous pursuant to 28 U.S.C. § 1915. Therefore, Fitzgerald and Glorioso were no longer defendants at the time plaintiff sent requests for waivers of service to them. I warn the plaintiff that if he attempts to reserve Fitzgerald and Glorioso, his actions will be considered vexatious and grounds for sanctions.

incumbent on the plaintiff to personally serve these defendants in accordance with Rule 4, Fed. R. Civ. P.  Accordingly,

IT IS ORDERED that, on or before **April 17, 2006**, the plaintiff shall effect proper service on defendants Casias and Arlint pursuant to Rule 4, Fed. R. Civ. P.

IT IS FURTHER ORDERED that the plaintiff shall file proof of service on defendants Casias and Arlint on or before **April 24, 2006**.

Dated March 28, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge