IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01429-PSF-BNB

BILL LASH,

Plaintiff,

v.

THE CITY OF TRINIDAD,

Defendant.
_____

# ORDER
_____

The parties appeared this morning for a Status/Scheduling Conference. The following schedule was established:

        **Discovery Cut-Off:**        **October 13, 2006**

        (All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

        Discovery is limited to 10 depositions of seven hours each per side; 25 interrogatories per side; 25 requests for production of documents per side; and 25 requests for admissions per side.

        **Dispositive Motions Deadline:**        **November 17, 2006**

        **Expert Disclosures:**

        **(a)**    The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 4, 2006**

**(b)** The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 4, 2006**

**Final Pretrial Conference:** A final pretrial conference will be held in this case on **January 18, 2007, at 1:30 p.m.**. A proposed Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **January 11, 2007**.

Dated June 15, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge