IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01429-PSF-BNB

BILL LASH,

    Plaintiff,

v.

THE CITY OF TRINIDAD,

    Defendant.

---

**MINUTE ORDER**

---

    Defendant City of Trinidad's Motion to Amend Caption (Dkt. # 28) is GRANTED. The caption in this case is hereby amended to reflect that The City of Trinidad is the sole remaining defendant.

    DATED: June 16, 2006