IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 05-cv-01429-PSF-BNB | Date: October 20, 2006 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

BILL LASH,                                                                 Pro Se by telephone

           Plaintiff,

v.

CITY OF TRINIDAD,                                                    Sean Lane

           Defendants.

## COURTROOM MINUTES

**HEARING: STATUS AND MOTIONS**

Court in Session:        9:03 a.m.

Appearance of counsel.

Court's opening remarks.

Discussion regarding the status of the case and pending motions.

**ORDERED:   Application for attorney's fees (9/22/06 #45) is TAKEN UNDER ADVISEMENT as stated on the record.**

**ORDERED:   Defendant's, The City of Trinidad, motion to dismiss or for other sanctions (8/31/06 #38) is TAKEN UNDER ADVISEMENT as stated on the record.**

Court in Recess        9:19 a.m.        Hearing concluded.

Total time in court:    00:16