IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01429-PSF-BNB

BILL LASH,

    Plaintiff,

v.

OFFICER CASIAS, Trinidad Police Department;
OFFICER ARLINT, Trinidad Police Department;
CHARLES GLORIOSO, Chief, Trinidad Police Department;
THE CITY OF TRINIDAD; and
MARTHA FITZGERALD, d/b/a "THE MAIL ROOM,"

    Defendant.

---

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE
## DATED NOVEMBER 30, 2006

---

This matter comes before the Court on the Recommendation of the Magistrate Judge filed November 30, 2006 (Dkt. # 61) in which he recommended dismissal of plaintiff's case with prejudice for failure to prosecute this case by making discovery, for failing to comply with the Federal Rules of Civil Procedure, and for failing to comply with a show cause order entered by the Magistrate Judge (Dkt. # 61 at 5).

The Recommendation also advised plaintiff that he had ten days within which to serve and file specific written objections to the recommendation. More than 30 days have elapsed and plaintiff has filed no objection. Moreover, there is no indication that plaintiff has provided the discovery that the Magistrate Judge ordered him to provide.

Accordingly, the Recommendation of the Magistrate Judge (Dkt # 61) is therefore accepted, and this case is DISMISSED WITH PREJUDICE for the reasons set forth in that Recommendation.

The Clerk of the Court is DIRECTED to enter judgment in favor of the defendants.

DATED:  January 19, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge